# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ORLAND MARTIN FASEL and | ) | Case No.: | 06-02123 |
| JOYCE MARGARET FASEL, | ) | | |
| | ) | Judge: | Hon. Manuel Barbosa |
| Debtors. | ) | | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. (hereinafter "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (hereinafter "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation for services rendered as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from June 5, 2008 through preparation of Applicant's current Final Fee Application, February 5, 2010. The Application represents 14.2 hours of legal services provided to the Trustee. Applicant previously requested and obtained approval for payment of interim compensation in the amount of $20,510.00 on June 5, 2008 for the time period of July 6, 2006 through May 9, 2008. This Application seeks approval of legal fees in the amount of $4,515.00 and $0.00 for actual and necessary unreimbursed expenses.

The Debtors initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 7, 2006 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On July 13, 2006, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS

The Debtors filed their Chapter 7 proceeding on March 7, 2006. The Debtors' Schedule "B" listed a 20% interest in 29 acres of land held in a Land Trust established in 1972 (hereinafter "Subject Property") with a corresponding value of "unknown". The Trustee subsequently confirmed ownership interest of the Subject Property with the Land Trustee and obtained a value. Ultimately, Applicant sold the Estate's 20% in the land to Edward L. Fasel, for a lump-sum amount of $100,000.00.

This Final Fee Application seeks compensation for services regarding the Objection to three claims with the majority of the services for the Objection to the claims of the IRS. The Trustee in the related Chapter 7 case of E.L. Fasel & Sons, Inc., a corporate bankruptcy, filed a Final Report and made disbursements to the IRS for corporate tax claims in March, 2008. The Trustee had numerous telephone conversations with the IRS representatives in an attempt to determine how the IRS's claim increased from $0.00 to $68,408.30 and if a payment in the corporate bankruptcy would reduce the amount owed by the individuals in the current case. No IRS representative was ever able to answer that questions but they did advise the Trustee that they believed that payment in the corporate bankruptcy would likely reduce the amount owed in the current case. They advised the Trustee that they would look into the matter. On November 3, 2008, Applicant filed an Objection to the claim of the IRS. The initial objection hearing was December 4, 2008. Applicant received an e-mail from an attorney for the United States Department of Justice (hereinafter "USDOJ") requesting a continuance of the objection to the IRS claim. The hearing was continued to December 18, 2008. On December 17, 2008, Applicant received and reviewed the response filed by the USDOJ. Again Applicant agreed to continue the hearing. The hearing was continued a total of five times. Finally on April 30, 2009,

the IRS filed an amended proof of claim which reduced the total claim from $68,408.30 to $45,284.09.  On May 28, 2009, Applicant advised the Court that the Objection was settled and a Draft Order was to follow.  A detailed list of Applicant's time is attached hereto and incorporated as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $4,515.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment and for such other and further relief as this Court deems just and equitable.

DATE: February 5, 2010

Respectfully Submitted,
Thomas E. Springer
Counsel to Trustee Thomas E. Springer


By:    /s/ Thomas E. Springer
       Thomas E. Springer
       One of His Attorneys

Thomas E. Springer (ARDC #6207761)
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000