**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ORLAND MARTIN FASEL  and | ) | Case No.: | 06-02123 |
| JOYCE MARGARET FASEL, | ) | | |
| | ) | Judge: | Hon. Manuel Barbosa |
| Debtors. | ) | | |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AS REAL ESTATE CONSULTANT TO THE CHAPTER 7 TRUSTEE

**NOW COMES** Thomas E. Springer, Trustee (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred for Wallace Wolff and Sheldon Good & Company as Real Estate Consultants to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1. On March 7, 2006, the Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On September 21, 2006 an Order was entered authorizing the employment of Applicant  to serve as the Realtor for the Trustee.  Applicant has not received any compensation or reimbursement of expenses in this matter.

3. Applicant requests $1,500.00 in compensation for services performed related to the real estate located at 910 Camp Dean, Big Rock, Illinois and no request for reimbursement of actual expenses.

4. Attached as Exhibit "A" is a Statement of the services rendered, however, it is not the practice of  Sheldon Good & Company to bill services at an  hourly rate.  We billed the estate our minimum fee for a Broker's Opinion of $1,500.00.

5. Applicant is not requesting the reimbursement of any expenses incurred.

6. Based on the nature and value of services  performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to the Estate with respect to matters in which Applicant was employed.

**WHEREFORE,** Applicant, Wallace Wolff and Sheldon Good & Company to the Trustee, respectfully requests that he be awarded reasonable compensation in the amount of $1,500.00 for real estate consultant services rendered in this case.

Respectfully Submitted,

Applicant: Wallace J. Wolff


By:   /s/ Thomas E. Springer
        Thomas E. Springer
        Attorney to the Trustee



Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000