# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
FASEL, ORLAND MARTIN § Case No. 06-02123
FASEL, MARGARET JOYCE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL 60604
        Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/25/2010 in Courtroom 140,

        United States Courthouse
        Old Kane County Courthouse
        100 S. Third Street, Geveva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By:_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
FASEL, ORLAND MARTIN § Case No. 06-02123
FASEL, MARGARET JOYCE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 107,892.35 |
| *and approved disbursements of* | $ | 46,358.74 |
| *leaving a balance on hand of*[1] | $ | 61,533.61 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $ 8,644.62 | $ 0.00 |
| *Attorney for trustee: Thomas E. Springer* | $ 4,515.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Other: JIM LEDUC | $ 600.00 | $ 0.00 |
| Other: WALLACE J. WOLFF | $ 1,500.00 | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 45,284.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 13B | Department of the Treasury-Internal Revenue | $ 45,284.09 | $ 45,284.09 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,347.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Discover Bank | $ 6,506.90 | $ 39.43 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Discover Bank | $ 11,194.15 | $ 67.84 |
| 5 | Chase Bank USA, N.A. | $ 10,786.45 | $ 65.37 |
| 6 | RBS NB | $ 7,889.52 | $ 47.81 |
| 8 | US DEPARTMENT OF EDUCATION | $ 37,489.95 | $ 227.19 |
| 9 | US DEPARTMENT OF EDUCATION | $ 4,627.45 | $ 28.04 |
| 10 | Chase Bank USA, N.A. | $ 7,812.74 | $ 47.35 |
| 11 | Chase Bank USA, N.A. | $ 8,513.60 | $ 51.59 |
| 12 | Chase Bank USA, N.A. | $ 17,695.20 | $ 107.23 |
| 14 | US Bank NA | $ 24,886.64 | $ 150.82 |
| 16 | Citibank South Dakota NA | $ 6,408.66 | $ 38.84 |
| 17 | MBNA America BANK N.A. | $ 13,230.73 | $ 80.18 |
| 18 | MBNA America BANK N.A. | $ 6,305.38 | $ 38.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster              Page 1 of 2                  Date Rcvd: Mar 03, 2010
Case: 06-02123                 Form ID: pdf006              Total Noticed: 41

The following entities were noticed by first class mail on Mar 05, 2010.
db/jdb         Orland Martin Fasel,    Margaret Joyce Fasel,    7 Mossfield Ct,    Aurora, IL 60506
aty           +Edward J Varga,    Attorney Edward J. Varga,    1700 N. Farnsworth Ave.,    Suite 11,
                Aurora, IL 60505-1186
aty           +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
aty           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
tr            +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
10629521      +Attorney Edward J Varga,    1700 N Farnsworth Ave Suite 12,    Aurora, IL 60505-1186
10629522       Bank Of America,    P.O. BX. 1758,    Newark, NJ  07101
10629523      +Capitol One Bank,    P.O. Bx. 790216,    St. Louis, MO 63179-0216
10629524      +Chase,    P.O. BX. 15153,    Wilmington, DE 19886-5153
10799275      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10629526      +Citi Card,    P.O. BX. 688903,    Des Moines, IA 50368-8903
10629525      +Citi Card,    P.O. BX. 688905,    Des Moines, IA 50368-8905
10629527      +Citi Card,    P.O. BX. 688917,    Des Moines, IA 50368-8917
10900132      +Citibank South Dakota NA,    Citibank Choice,    Exception Payment Processing,    P O Box 6305,
                The Lakes, NV 88901-6305
10629528      +Countrywide,    P.O. BX. 650070,    Dallas, TX 75265-0070
10640365     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit,    P O Box 537901,    Livonia, MI 48153)
10629520       Fasel Joyce Margaret,    7 Mossfield Ct,    Aurora, IL 60506
10629519       Fasel Orland Martin,    7 Mossfield Ct,    Aurora, IL 60506
10629530      +Fidelity Investments,    P.O. BX. 15137,    Wilmington, DE 19886-5137
10629531      +Ford Credit,    P.O. BX. 790093,    St. Louis, MO 63179-0093
10629533      +HSBC,    Direct Merchant’s Bank,    P.O. BX. 17580,    Baltimore, MD 21297-1580
10629532      +HSBC,    Direct Merchants Bank,    P.O. BX. 17580,    Baltimore, MD 21297-1580
10629534      +IDES,    2 Smoke Tree Plaza,    North Aurora, IL 60542-1719
10629535      +IDOR,    P.O. BX. 19035,    Springfield, IL 62794-9035
10629536     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10916634       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10629537      +MBNA America,    Becket & Lee LLP,    P O Box 3001,    Malvern, PA 19355-0701
10902254      +MBNA America BANK N.A.,    Mailstop DE5-014-02-03,    PO BOX 15168,    WILMINGTON, DE 19850-5168
10629538      +National City,    P.O. BX. 856176,    Louisville, KY 40285-6176
10867024      +Poplar Farms, Inc.,    11475 State Route 23,    Waterman, Illinois 60556-7242
10629539       Providian,    P.O. BX. 660487,    Dallas, TX  75266
10629540      +RBS / Credit Card Services,    P.O. BX. 42010,    Providence, RI 02940-2010
10799867      +RBS NB,    Attn Kathy Yarbrough,    P O BOX 7054,    BRIDGEPORT, CT 06601-7054
10629541     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. BX. 790408,    St. Louis, MO  63179)
10813745     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank NA,    Bankruptcy Department,    PO Box 5229,
                Cincinnati, Ohio 45201)
10804117       US DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    PO BX 5609,
                GREENVILLE, TX 75403-5609
10629542      +Us Dept. Of Education,    P.O. BX. 530260,    Atlanta, GA 30353-0260
10629543      +Wells Fargo,    McCalla Raymer et al,    Bankruptcy Department,    1544 Old Alabama Road,
                Roswell, GA 30076-2102
10664517      +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
                Ft. Mill, SC 29715-7203
The following entities were noticed by electronic transmission on Mar 03, 2010.
10786760       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 04 2010 00:55:59     Discover Bank,
                Discover Financial Services,    P O Box 8003,    Hilliard, OH 43026
10629529       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 04 2010 00:55:59     Discover Card,
                P.O. BX. 30395,    Salt Lake City, UT  84130
                                                                                              TOTAL: 2
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
aty*          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
aty*          +Thomas E. Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
10911371*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 4
Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1        User: gbeemster        Page 2 of 2              Date Rcvd: Mar 03, 2010
Case: 06-02123              Form ID: pdf006        Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2010**                    **Signature:**    _/s/ Joseph Speetjens_